# EXHIBIT C

# Fleming, Lindsay A.

| | |
|---|---|
| **From:** | Robert Brennan <rbrennan@brennanlaw.com> |
| **Sent:** | Thursday, July 1, 2021 6:01 PM |
| **To:** | Barton, Eric; Fleming, Lindsay A. |
| **Cc:** | Robert Brennan; Robert Bichler |
| **Subject:** | Nicolette v. Equifax |

**[EXT. Sender]**

Mr. Barton, Mr. Fleming,

The premise of the ███ settlement with Equifax was the following email Mr. Barton sent to me:

Mr. Brennan-

The Nicollette case case is nearly identical to Lubinsky and Chaine, both of which involved multiple disputes and settled for ███████ Equifax also never paid for a "filing fee" for any of those settlements.

Therefore, consistent with numerous prior settlements, please let me know if we can wrap this one up for ███████ Also, please confirm we can settle Pavel for ███████ as well.

(End of Barton email)

Today we learn that EFX failed to send an ACDV to Tesla for Mr. Nicolette's dispute. His case is nowhere near "nearly identical" to Lubinsky and Chaine.

Mr. Nicolette does not agree to the settlement under these circumstances. Mr. Nicolette has authorized me to issue a new demand of ███████, Equifax only.

We filed a notice of settlement, at your request, in this matter, which needs to be rescinded unless Equifax promptly engages in more meaningful settlement discussions. I am of course hoping that we can rescind the notice of settlement by stipulation, but otherwise I will need to file an ex parte to rescind the notice of settlement.

For the future, I will need to see the EFX documents before agreeing to any settlement on any Tesla case and on any case at all. Seeing the EFX basic document production first will permit me to correctly counsel my clients about the circumstances of each case.

Thank you for your attention to this matter.


Bob Brennan

Robert F. Brennan, Esq.
Law Offices of Robert F. Brennan, APC
2103 Montrose Ave. Suite D
Montrose, Ca. 91020

(818) 249-5291
Fax (818) 249-4329

*17 Consecutive Years Southern California Super Lawyer; Eleven Consecutive Years Pasadena Top Attorney*
*Rated "AV Preeminent Attorney" by Martindale-Hubbell*
*Life Member, Million Dollar Advocates Forum*
*Life Member, Multi-Million Dollar Advocates Forum*
*Associate Member, American Board of Trial Advocates (ABOTA)*

-MAJOR PERSONAL INJURY AND WRONGFUL DEATH CASES.
-FALSE INFORMATION ON CREDIT REPORTS (FAIR CREDIT REPORTING ACT).
-LEMON LAW (CARS, RV'S MOTORCYCLES, BOATS).
-CAR DEALER FRAUD CASES.
-IDENTITY THEFT CASES.
-ELDER FINANCIAL ABUSE.
-WRONGFUL OR UNFAIR DEBT COLLECTION CASES.
-FALSE INFORMATION ON EMPLOYMENT OR APARTMENT BACKGROUND REPORTS.
-INSURANCE BAD FAITH.
-GENERAL BUSINESS AND COMMERCIAL LITIGATION.
-CLASS ACTIONS.
-STATE AND FEDERAL COURTS.

www.brennanlaw.com [brennanlaw.com]

This message is protected by the electronic communications privacy act, 18 USC 2510 et seq, and may not be opened or forwarded without the consent of the named recipient(s). The information contained in this message is confidential, is intended only for the use of the individual or entity named, and may be subject to the attorney-client privilege. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at 818-249-5291. Thank you.